## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of October, two thousand fifteen.

Before:     Ralph K. Winter,
                   *Circuit Judge.*

_____

  Benjamin Roberts,

     Plaintiff-Counter-Defendant - Appellee,

  v.

  Sophien Bennaceur, Imed Bennaceur,

     Defendants-Counter-Claimants - Appellants.

**ORDER**
Docket No. 15-2326

_____

     Appellants have filed a motion requesting an extension of time, until 45 days after the Court rules on their pending petition for writ of mandamus in docket no. 15-2897, in which to file their principal brief and appendix. Appellee opposes the motion.

     IT IS HEREBY ORDERED that the motion is DENIED. There is no reason that the appeal and the mandamus petition cannot proceed independently.

                                      For the Court**:**

                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court